55 A.3d 64

IN THE MATTER OF JOHN L. WEICHSEL, AN ATTORNEY
AT LAW (ATTORNEY NO. 281611972).

November 5, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–112, concluding that **JOHN L. WEICHSEL** of **HACKENSACK,** who was admitted to the bar of this State in 1972, should be reprimanded for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with the client), and *RPC* 8.4(a)(violation of the *RPC*s), and good cause appearing;

It is ORDERED that **JOHN L. WEICHSEL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.